# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH L. KELSEY and DIANE S. KELSEY, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITIGROUP INC. *dba* CITIBANK, N.A.,<br><br>        Defendant. | Case No.  2:12-cv-00754-LDG-GWF<br><br>**ORDER**<br><br>Motion to Stay Discovery (#24) |

This matter comes before the Court on Defendant Citigroup Inc.'s ("Defendant") Motion to Stay Discovery (#24), filed on October 25, 2012. Plaintiffs filed a timely Opposition (#31) on November 1, 2012. The Court conducted a hearing on the Motion on November 5, 2012. After consideration of the submitted briefs and arguments raised at the hearing, the Court finds Defendant establishes good cause for a stay in discovery in this matter pending ruling on Defendant's Motion to Dismiss (#10). Accordingly,

**IT IS HEREBY ORDERED** that Defendant Citigroup's Motion to Stay Discovery (#24) is **granted.** Discovery in this matter shall be stayed pending the District Court's ruling on Defendant's Motion to Dismiss (#10).

DATED this 5th day of November, 2012.

                                                      */s/ George Foley, Jr.*
                                                      GEORGE FOLEY, JR.
                                                      United States Magistrate Judge